

# Fourth Court of Appeals
## San Antonio, Texas

December 20, 2019

No. 04-19-00343-CV

Brittany **RETLEDGE** and Arnold Lamotte, Jr.,
Appellants

v.

Misty **SANTANA,**
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2019CV04147
Honorable J Frank Davis, Judge Presiding

# O R D E R

Appellants, proceeding pro se, seek to appeal the county court's judgment of eviction signed on May 17, 2019. Appellants timely filed a notice of appeal. The clerk's record and reporter's record were filed on July 15, 2019 and July 22, 2019, respectively. Appellants' brief was therefore due to be filed on August 21, 2019, but neither the brief nor a motion for extension of time to file the brief was filed. The clerk of this court notified appellants that the appellants' brief was late and that either the brief or a motion for extension of time to file the brief should be filed on or before September 30, 2019. Appellants responded by filing a motion for extension of time to file their appellants' brief. The motion for extension was granted and the deadline for filing the appellants' brief was extended to November 22, 2019, with a notation stating, "No further extensions absent extenuating circumstances." To date, the appellants' brief has not been filed.

It is therefore ORDERED that appellants show cause in writing **within fifteen (15) days** from the date of this order why this appeal should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a).

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of December, 2019.



MICHAEL A. CRUZ,
Clerk of Court